IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**INLAND WASTE SOLUTIONS, INC.,**

    Plaintiff,

v.                                       No. 2:16-cv-2012-STA-tmp

**CITY OF GERMANTOWN,**

    Defendant.

## MOTION TO DISMISS

Defendant City of Germantown ("the City") moves to dismiss Plaintiff Inland Waste Solutions, Inc.'s ("Inland") Complaint for Breach of Contract (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6).  Inland's Complaint for Breach of Contract fails to state a claim against the City upon which relief can be granted.  In support of this Motion, the City relies upon the accompanying Memorandum of Law.

WHEREFORE, PREMISES CONSIDERED, the City moves the Court to dismiss Inland's Complaint for Breach of Contract in its entirety and with prejudice.

Respectfully submitted,

BURCH, PORTER & JOHNSON, A
PROFESSIONAL LIMITED LIABILITY COMPANY

By: _/s/ Jef Feibelman_____
Jef Feibelman (BPR No. 7677)
David E. Goodman, Jr. (BPR No. 021493)
Charles S. Higgins (BPR No. 30184)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000
jfeibelman@bpjlaw.com
dgoodman@bpjlaw.com

Attorneys for Defendant City of Germantown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via this Court's ECF system, this the 7th day of March, 2016, upon the following counsel of record:

Robert L. J. Spence, Esq.
Kristina A. Woo, Esq.
The Spence Law Firm
One Commerce Square, Suite 2200
Memphis, Tennessee 38103

_/s/ Jef Feibelman_____